UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-20121-CIV-MORENO

VERIZON COMMUNICATIONS INC.,

    Plaintiff,

vs.

HECTOR HERNANDEZ,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF VERIZON COMMUNICATIONS INC.'S MOTION FOR PERMANENT INJUNCTION AND DISMISSING CASE

THIS CAUSE came before the Court upon Plaintiff Verizon Communications Inc.'s Motion for Permanent Injunction. The Motion is GRANTED consistent with the Court's findings of fact and conclusions of law as stated in open court on **February 26, 2013**.

THE COURT has conducted a non-jury trial on the merits. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

(a) Hernandez shall not continue his employment at Telx or otherwise directly compete with Verizon and Terremark in violation of the non-compete agreement for the duration of the year 2013;

(b) Hernandez shall not use or disclose Verizon's trade secrets, or other proprietary or confidential business information of Verizon, including, without limitation, Verizon's customer lists and pricing information;

(c) Hernandez shall not contact of solicit, directly or indirectly, any of the customers that Verizon serviced during Hernandez's employment with

                Verizon;

(d)     Hernandez shall not contact of solicit, directly or indirectly, any of Verizon's employees or staff members, to leave Verizon or become employed by any company that competes with Verizon Terremark or provides colocation or cloud hosting services;

(e)     Hernandez shall immediately return and surrender to Verizon all books, records, notes, computer data, diskettes, and all other tangible and intangible property of Verizon, including, without limitation, all Verizon customer lists, pricing information, and any and all other protected information, regardless of the form or medium of such protected information, including all duplicates and copies of such protected information. Both parties shall cooperate and arrange to have technical experts to have access to Hernandez's had drive and to remove such information;

(f)     Accordingly, this Cause is DISMISSED.

DONE AND ORDERED in open court at Miami, Florida, this 26th day of February, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record